IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORD ACCEPTANCE CORPORATION, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>E. SCOTT LAW, individually and trading )<br>and doing business as LAW FUNERAL )<br>HOME, and LABORERS COMBINED )<br>FUNDS OF WESTERN PENNSYLVANIA,)<br>)<br>Defendants ) | Civil Action No. 05-CV-1236<br><br>Chief Judge Donetta W. Ambrose/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER OF COURT

AND NOW, to wit, this 24th day of Jan, 2006, upon consideration of the record and Plaintiff's foregoing Motion, it appearing to the Court that the Clerk entered default against Defendant E. Scott Law, individually and trading and doing business as Law Funeral Home on September 22, 2005, prior to the dismissal of the case against Laborers Combined Funds of Western Pennsylvania, but that default Judgment was not then entered, and it further appearing that Defendant E. Scott Law failed to answer or otherwise plead to Plaintiff's Complaint in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that Default Judgment is entered, pursuant to Fed.R.Civ.P. 55(b)(2), in favor of Plaintiff and against Defendant E. Scott Law, individually and trading and doing business as Law Funeral Home, in the amount of $6,920.00.

BY THE COURT:

*Donetta W. Ambrose*
Chief United States District Judge